**SO ORDERED**
**NO TIMELY OPPOSITION.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| In Re: | * |
| | Case No.: 09-29642 |
| RONALD R. ROSE | |
| DONNELLA D. ROSE, * | Chapter 13 |
| Debtors. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

RONALD R. ROSE           *
DONNELLA D. ROSE
                         *
    Movants,
vs.                      *

CENTRAL CREDIT UNION     *
of MARYLAND
    Respondent.          *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO VALUE COLLATERAL
### AND AVOID SECURITY INTEREST

Upon consideration of the Debtors'/Movants' motion, and any response filed thereto, and it appearing that proper notice has been given pursuant to 11 U.S.C. §506, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the value of the collateral securing Respondent's claim is $18,775.00; and it is further

ORDERED, that to the extent Respondent's claim exceeds the value of its

collateral, it is unsecured; and it is further

ORDERED, that as such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

2004 Range Rover HSE

and it is further

ORDERED, that the claim of Respondent herein shall be treated under debtors' plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral of $ 18,775.00, at 6% interest, and as an allowed, general unsecured claim for the balance.

IT IS SO ORDERED.

cc

Debtor
Debtor's Attorney
Chapter 13 Trustee
U.S. Trustee

**END OF ORDER**
**2 OF 2**